# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
# DIVISION ONE

In the Matter of the Dependency of: )
                             )     No. 79788-3-I
E.D.M.                             )
D.O.B. 05/28/2016,            )     UNPUBLISHED OPINION
                             )
           Minor Child.     )
_____ )     FILED: September 16, 2019

PER CURIAM — The mother of E.D.M. appeals an order terminating her parental rights. She contends (a) the court violated her due process and statutory rights to a meaningful hearing by relying on unproven allegations in the termination petition, (b) the court misapplied the law in granting judgment on the pleadings under CR 43(f), (c) the court's findings do not support its conclusions or permit meaningful review, and (d) the allegations in the termination petition are, in any event, insufficient to establish the termination criteria by clear, cogent, and convincing evidence. She asks this court to "reverse the order terminating her parental rights."

Counsel for the Department of Children, Youth, and Families has filed a "Motion to Reverse and Remand for Further Proceedings." Counsel states that the mother is entitled to a new trial, that counsel emailed the mother's counsel regarding the Department's motion, and that "[o]n August 7, 2019, appellate counsel . . . advised the [Department's counsel] that they were in agreement with the Department's motion."

We grant the agreed motion and remand for further proceedings consistent with this opinion.

FOR THE COURT:

_Chen, J._